COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Samantha Tianne Erickson v. Lee Robert Erickson

Appellate case number:  01-19-00481-CV

Trial court case number:  2013-10540

Trial court:            308th District Court of Harris County

Appellant has filed a notice of appeal from the trial court's June 28, 2019 order modifying the parent-child relationship. On July 1, 2019, appellant filed an emergency motion requesting that this Court stay enforcement of the order during her appeal. The Court requests that appellee file a response to the motion by no later than **12 p.m. (central) on Friday, July 5, 2019**.

It is so ORDERED.

Judge's signature: ____/s/ Sarah B. Landau____
                          Acting individually

Date: __July 1, 2019_